(January 22, 1971)

DERMOTT BYRNE, Respondent, v. ELEANOR C. SLOAN, as Executrix of EDGAR C. SLOAN, Deceased, et al., Appellants.—

Concur—

McGivern, J. P., Markewich, Kupferman and Steuer, JJ.